STATE OF VERMONT

SUPERIOR COURT                                          ENVIRONMENTAL DIVISION
Environmental Division Unit                             Docket No. 128-11-15 Vtec

| Lawrence/Bonnet St. Major Development |
|---|

## ENTRY REGARDING MOTION

Count 1, Municipal DRB Major Development (128-11-15 Vtec)

Title:          Motion to Dismiss Appeal/Relinqushment of Permi (Motion 2)
Filer:          David Lawrence
Attorney:       Lawrence G. Slason
Filed Date:     March 11, 2016

No response filed

**The motion is GRANTED.**

        Pursuant to Permittees' David Lawrence and Rising Sun Maintenance, Inc. motion, the Town of Manchester Development Review Board's October 7, 2015, Findings of Fact, Conclusions of Law, Decision & Order (Application number 2015-08-072) is **VACATED** and this appeal is **DISMISSED**.

        This matter is concluded.

So ordered.

Electronically signed on March 15, 2016 at 12:58 PM pursuant to V.R.E.F. 7(d).

_Tom Walsh_

_____
Thomas G. Walsh, Judge
Superior Court, Environmental Division

Notifications:
Rachel B. Margulies (ERN 6016), Attorney for Appellant James C. Clark
Rachel B. Margulies (ERN 6016), Attorney for Appellant Tatsiana Clark
Robert E. Woolmington (ERN 3047), Attorney for Interested Person Town of Manchester
Interested Person Elizabeth Verruso
Lawrence G. Slason (ERN 2443), Attorney for Appellee David Lawrence
Lawrence G. Slason (ERN 2443), Attorney for Appellee Rising Sun Maintenance, Inc.